# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Frank Hopson, | No. CV-22-00007-TUC-JAS |
| Plaintiff, | **ORDER** |
| v. | |
| RECO Mining Solutions LLC, et al., | |
| Defendants. | |

Having reviewed the Parties' Stipulation to Extend Time for Defendants to File Answer or Otherwise Respond to Plaintiff's Complaint (Third Request) (Doc. 13), and good cause appearing,

**IT IS ORDERED** GRANTING the Parties' Stipulation to Extend Time for Defendants to File Answer or Otherwise Respond to Plaintiff's Complaint (Third Request) (Doc. 13). Defendants shall have through and including April 22, 2022 within which to answer or otherwise respond to the Complaint.

Dated this 22nd day of March, 2022.

Honorable James A. Soto
United States District Judge