# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Frank Hopson, | No. CV-22-00007-TUC-JAS |
| Plaintiff, | **ORDER** |
| v. | |
| RECO Mining Solutions LLC, et al., | |
| Defendants. | |

    The Court, having reviewed the Parties' Stipulation to Dismiss (Doc. 15), and good cause appearing,

    **IT IS ORDERED** GRANTING the Stipulation (Doc. 15), The case is hereby dismissed with prejudice, with each party to bear its own attorneys' fees and costs. The Clerk shall enter judgment and close the file in this matter.

    Dated this 16th day of May, 2022.

Honorable James A. Soto
United States District Judge