# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Frank Hopson,<br><br>    Plaintiff,<br><br>v.<br><br>RECO Mining Solutions LLC, et al.,<br><br>    Defendants. | NO. CV-22-00007-TUC-JAS<br><br>**JUDGMENT OF DISMISSAL IN A CIVIL CASE** |

**Decision by Court.**  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED pursuant to the Stipulation filed, the case is hereby dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

             Debra D. Lucas
             District Court Executive/Clerk of Court

May 17, 2022

          s/ S. Araiza
     By   Deputy Clerk